UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DUSTIN R. MORRISON,

                Plaintiff,

v.                                      Case No. 22-cv-174-pp

SUSAN MILLER,
JOHN JAROSINSKI,
and FESTIVAL FOODS,

                Defendants.

**ORDER REGARDING PAYMENT OF FILING FEE**

       The plaintiff, who is confined at the Brown County Jail and who is representing himself, filed a civil rights complaint under 42 U.S.C. §1983 on February 11, 2022. Dkt. No. 1. The cost of filing a civil action is $402, which includes the $350 statutory filing fee and a $52 administrative fee. Plaintiffs who are unable to prepay the full $402 in fees may request leave to proceed without prepaying the filing fee. 28 U.S.C. § 1915(a)(1). Persons who are allowed to proceed without prepaying the filing fee do not have to pay the $52 administrative fee. The Prison Litigation Reform Act (PLRA) requires a prisoner plaintiff who is allowed to proceed without prepaying the filing fee to pay the statutory filing fee of $350 for any civil action, although he may do so over time in accordance with the formula set forth in the PLRA. See 28 U.S.C. §1915(b)(1).

       On February 11, 2022, the Eastern District of Wisconsin clerk's office sent a letter to the plaintiff requiring him, within twenty-one days (or by March

4, 2022), to either pay the full $402 filing fee or to file a Request to Proceed in District Court Without Prepaying the Filing Fee together with a certified copy of his institutional trust account statement for the past six months. Dkt. No. 2. The clerk's office enclosed a blank Request to Proceed in District Court Without Prepaying the Filing Fee form for the plaintiff's use. Id. The letter advised the plaintiff that failure to comply with this requirement might result in dismissal of his case. Id. To date, the plaintiff has neither paid the $402 fee nor filed a motion to proceed without prepaying the filing fee. If the plaintiff does not pay the $402 fee or file a motion to proceed without prepaying the filing fee, along with a certified copy of his six-month trust account statement, by the end of the day on **April 4, 2022**, the court will dismiss this case. The plaintiff must pay the filing fee or file his motion in time for the court to *receive* it by the end of the day on April 4, 2022.

The court **ORDERS** that by the end of the day on **April 4, 2022**, the plaintiff shall pay the full $402 fee or file a motion to proceed without prepaying the filing fee along with a certified copy of his institutional trust account statement for the past six months. Failure to comply with this order will result in dismissal of this case.

Dated in Milwaukee, Wisconsin this 11th day of March, 2022.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**